# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2007

Clifford W. Taylor,
Chief Justice

131887

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

HAMILTON'S HENRY THE VIII
LOUNGE, INC.,
     Petitioner-Appellant,

v

        SC: 131887
        COA: 255893
        Wayne CC: 03-312904-AV

DEPARTMENT OF CONSUMER &
INDUSTRY SERVICES and LIQUOR
CONTROL COMMISSION,
     Respondents-Appellees.

_____/

     On order of the Court, the application for leave to appeal the May 18, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2007

_____
Clerk

s0319